# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **MS. S.,** individually and as a parent and legal guardian of B.S., a minor, | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) |
| **REGIONAL SCHOOL UNIT 72,** | ) ) 2:13-cv-453-JDL |
| **Defendant** | ) ) |
| **and** | ) ) |
| **STATE OF MAINE DEPARTMENT OF EDUCATION,** | ) ) ) |
| **Intervenor-Defendant.** | ) |

## ORDER CORRECTING ERRATA IN THE ORDER ON REMAND ISSUES

With respect to the Order on Remand Issues dated November 20, 2017 (ECF No. 105), it is ORDERED that the following corrections are made:

1. Page 4, third paragraph, third line: rule change ~~so~~ <u>intending</u> that

2. Page 22, second paragraph, fourth line: substantially different insofar as it was two years ~~longer~~ <u>shorter</u> than the rule approved by

3. Page 23, fifth line: were untimely <u>and</u> by failing to receive evidence regarding those grades.

**SO ORDERED.**

**Dated this the 27th day of November, 2017.**

                                                       /s/ JON D. LEVY
                                             U.S. DISTRICT JUDGE